IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ANNA HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-CV-266 |
| | ) |
| S & J HICKS INVESTMENTS, LLC d/b/a | ) |
| POPLAR BLUFF PIZZA INN, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS WITH PREJUDICE

Come now Plaintiff Anna Harris and Defendant S & J Hicks Investments, LLC d/b/a Poplar Bluff Pizza Inn, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and having reached a compromise settlement in this matter, dismiss all causes of action against each other with prejudice, with each party to bear its own costs.

SULLENGER LAW OFFICE, PLLC           SPAIN, MILLER, GALLOWAY & LEE, LLC

_____/s/ D. Wes Sullenger_____        By___/s/ Matthew B. Lee_____
D. Wes Sullenger (Pro Hac Vice Pending)         Matthew B. Lee #61020MO

629 Washington St                                  1912 Big Bend – Post Office Box 1248
Paducah KY  42003                                  Poplar Bluff  MO  63902-1248
270/443-9401                                       573/686-5868 (Telephone)
wes@sullengerfirm.com                              573/686-6885 (Facsimile)
ATTORNEYS FOR PLAINTIFF                            mbl@smm-law.com (email)
                                                   ATTORNEYS FOR DEFENDANT

## PROOF OF SERVICE

The undersigned certifies that on __February 19_____, 2021, a copy of the foregoing was sent through the CM/ECF Filing system to the registered attorneys of record and to all others by facsimile, hand delivery, electronic mail or U. S. mail postage prepaid to their last known address.

/s/ D. Wes Sullenger
_____